UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DENNIS E. SMITH, On Behalf<br>Of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC.,<br>STEPHEN G. CARTER, and JOHN J. MASIZ,<br>          Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO.<br>04-10708 (RCL) |

| | | |
|---|---|---|
| CHRISTOPHER PEPIN, Individually and On<br>Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC.,<br>STEPHEN G. CARTER, and JOHN J. MASIZ,<br>          Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO.<br>04-10763 (RCL) |

| | | |
|---|---|---|
| MODHI GUDE and ARJI GAUTHAMI, On Behalf<br>Of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC.,<br>STEPHEN G. CARTER, and JOHN J. MASIZ,<br>          Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO.<br>04-10789 (RCL) |

- 2 -

## STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME OF THE DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT AND ACCEPTING SERVICE

The parties hereto, by and through their counsel, hereby agree as follows:

In exchange for Plaintiff(s) entering into this stipulation, the defendants agree to accept service of the Complaints in the above-entitled actions, the date of service to be deemed April 13, 2004.

The consolidated amended complaint shall be due sixty (60) days after the Court's selection of a lead plaintiff pursuant to § 21 D(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.).

Defendants shall have sixty (60) days following the filing of the consolidated amended complaint to answer, move or otherwise respond to the complaint.

If the Defendants move to dismiss the consolidated amended complaint, plaintiffs shall have sixty (60) days from the receipt of Defendants' motion to file their opposition(s) thereto.

Following the receipt of plaintiffs' opposition, Defendants shall have thirty (30) days to file a reply brief in support of their motion(s) to dismiss.

Respectfully submitted,

DENNIS E. SMITH,
On Behalf of Himself and All
Others Similarly Situated,

MODHI GUDE and ARJI GAUTHAMI,
On Behalf Of Themselves and All Others Similarly
Situated,

CHRISTOPHER PEPIN,
Individually and On Behalf All Others Similarly
Situated

By their attorneys,

 /s/ Nancy Freeman Gans_____
Nancy Freeman Gans (BBO#184540)
MOULTON & GANS, P.C.
33 Broad Street, Suite 100
Boston, MA 02109
(617) 369-7979

*Co-counsel for Plaintiffs Dennis E. Smith,*
*Modhi Gude and Arji Gauthami:*
William S. Lerach
Darren J. Robbins
LERACH COUGHLIN STOIA
& ROBBINS LLP
401 B Street, Suite 1700
San Diego, CA 92101
(619) 231-1058

Azra Mehdi
LERACH COUGHLIN STOIA
& ROBBINS LLP
100 Pine Street
Suite 2600
San Francisco, CA  94111
(415) 288-4545

VASO ACTIVE PHARMACEUTICALS, INC.
and JOHN J. MASIZ,

By their attorneys,

 /s/ Colleen Dunham Henschke_____
Jeffrey B. Rudman (BBO #433380)
Michael G. Bongiorno (BBO #558748)
Colleen Dunham Henschke (BBO #645009)
HALE AND DORR LLP
60 State Street,
Boston, Massachusetts 02109
(617) 526-6000

Richard S. Kraut
DILWORTH PAXSON LLP
1818 N Street, N.W., Suite 400
Washington, D.C. 20036
(202) 452-0900

STEPHEN G. CARTER

By his attorney,

 /s/ Kay B. Lee_____
John A. Stenn (BBO #629577)
Kay B. Lee (BBO #647224)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA  02110
(617) 310-6083

- 4 -

*Co-counsel for Plaintiff Christopher Pepin:*
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
Sharon M. Lee
MILBERG WEISS BERSHAD
& SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10019
(212) 594-5300

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____

3059379_1

BOSTON 1905357v1