

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODHI GUDE, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VASO ACTIVE PHARMACEUTICALS, et al.,<br><br>Defendants. | No. 04-10788-RCL<br><br><u>CLASS ACTION</u><br><br>NOTICE OF CHANGE OF FIRM AFFILIATION |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that counsel for plaintiffs, formerly with Milberg Weiss Bershad Hynes & Lerach LLP, have changed their law firm affiliation. Please direct all future pleadings and correspondence to them at the address shown below and revise your Service List accordingly:

        LERACH COUGHLIN STOIA & ROBBINS LLP
        WILLIAM S. LERACH
        DARREN J. ROBBINS
        401 B Street, Suite 1700
        San Diego, CA 92101
        Telephone: 619/231-1058
        619/231-7423 (fax)

DATED: May 6, 2004

MOULTON & GANS, P.C.
NANCY FREEMAN GANS, BBO #184540
33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: 617/369-7979
617/369-7980 (fax)

LERACH COUGHLIN STOIA
  & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS

_/s/ William S. Lerach_____
WILLIAM S. LERACH

401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

SCOTT + SCOTT, LLC
DAVID R. SCOTT
108 Norwich Avenue
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)

Attorneys for Plaintiffs

S:\Migration\!NewCaps\Vaso_fd2 NOT.doc

- 1 -

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2.    That on May 7, 2004, declarant served the NOTICE OF CHANGE OF FIRM AFFILIATION by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of May, 2004, at San Diego, California.

_____
DEE MACMAHON

VASO
Service List - 5/6/2004   (04-0137)
Page 1 of 2

**Counsel For Defendant(s)**

Managing Partner
Hale And Dorr
60 State Street
Boston, MA  02109
  617/526-6000
  617/526-5000(Fax)


**Counsel For Plaintiff(s)**

Steven J. Toll
Daniel S. Sommers
Christopher F. Branch
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
  202/408-4600
  202/408-4699(Fax)


David Pastor
Peter A. Lagorio
Gilman And Pastor, L.L.P.
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906
  781/231-7850
  781/231-7840(Fax)


Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL  32963
  772/231-4202
  772/234-0440(Fax)

Samuel H. Rudman
Russell J. Gunyan
Mario Alba, Jr.
Geller Rudman, PLLC
200 Broadhollow Road, Suite 406
Melville, NY  11747
  631/367-7100
  631/367-1173(Fax)


Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
  310/201-9150
  310/201-9160(Fax)


Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center
401 East Pratt Street, Suite 2525
Baltimore, MD  21202
  410/332-0030
  410/685-1300(Fax)

VASO

Service List - 5/6/2004    (04-0137)

Page 2 of 2

Azra Z. Mehdi
Lerach Coughlin Stoia & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109
   617/369-7979
   617/369-7980 (Fax)

Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
   610/667-7706
   610/667-7056 (Fax)

Thomas G. Shapiro
Theodore M. Hess-Mahan
Matthew L. Tuccillo
Shapiro Haber & Urmy, LLP
75 State Street
Boston, MA  02109
   617/439-3939
   617/439-0134 (Fax)

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia & Robbins LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423 (Fax)

Eric J. Belfi
Gregory B. Linkh
Murray Frank & Sailer, LLP
275 Madison Avenue, Suite 801
New York, NY  10016
   212/682-1818
   212/682-1892 (Fax)

David R. Scott
Scott + Scott, LLC
108 Norwich Avenue
Colchester, CT  06415
   860/537-3818
   860/537-4432 (Fax)

Gregory M. Nespole
Christopher S. Hinton
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY  10016
   212/545-4600
   212/545-4653 (Fax)