AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____ MASSACHUSETTS

MODHI GUDE and ARJI GAUTHAMI, On Behalf of
Themselves and All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

VASO ACTIVE PHARMACEUTICALS, INC.,
STEPHEN G. CARTER and JOHN J. MASIZ

CASE NUMBER: 04 10789 RCL

TO: (Name and address of defendant)

JOHN J. MASIZ
26 High Street
Topsfield, MA  01983

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Nancy Freeman Gans<br>MOULTON & GANS, P.C.<br>33 Broad St., Suite 1100<br>Boston, MA 02109-4216<br>617-369-7979 | William S. Lerach<br>Darren J. Robbins<br>Cori Sweat<br>MILBERG WEISS BERSHAD HYNES &<br>  LERACH LLP<br>401 B Street, Suite 1700<br>San Diego, CA  92101<br>619-231-1058 | David R. Scott<br>SCOTT + SCOTT, LLC<br>108 Norwich Avenue<br>Colchester, CT  06415<br>860-537-3818 |

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_[signature]_

(BY) DEPUTY CLERK

DATE: APR 20 2004